JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LISA A. ROGERS, <br><br> Plaintiff, <br><br> v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:20-cv-11762-GJS <br><br> **JUDGMENT** |

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: March 1, 2022

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-